Howard Goodman, State Bar #76570
18321 Ventura Blvd, Suite 755
Tarzana, California 91356-4228
(818) 996-8903
Fax: (818) 996-2942
Howard@howardgoodman.net

Attorney for defendant/judgment creditor, Platte River Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANGELO BROTHERS, INC.; <br><br> Plaintiff, <br><br> vs. <br><br> PLATTE RIVER INSURANCE COMPANY; <br><br> Defendant. <br><br> vs. <br><br> V-TECH SERVICES, INC.; <br> UTILITY LINE CLEARANCE, INC.; <br> THANH H. NGUYEN; <br> TRANG NGUYEN; <br><br> Third-Party Defendants | CASE NO. 2:19-cv-06763-VAP-(JCx) <br><br> **ORDER TO SHOW CAUSE OF ORDER FOR SALE OF DWELLING SUBJECT TO HOMESTEAD** <br> (C.C.P. §704.750) <br><br> [Hon. Jacqueline Chooljian, Magistrate Judge] <br><br> Date: April 14, 2020[1] <br> Time: 9:30 a.m. <br> Courtroom: 750, 7th floor |

---

[1] The hearing previously noticed for March 30, 2020 at 2:00 p.m. before the Honorable Virginia A. Phillips is reset for April 14, 2020 at 9:30 a.m. before the Honorable Jacqueline Chooljian. The Court finds good cause to set this matter on April 14, 2020 at 9:30 a.m.

_____
Application for Order to Sell Dwelling

TO JUDGMENT DEBTOR/THIRD PARTY DEFENDANT, TRANG NGUYEN, AND TO ALL INTERESTED PARTIES:

The ex parte application of PLATTE RIVER INSURANCE COMPANY, the Judgment Creditor in the above-entitled action, for an order for sale of a dwelling, pursuant to Sections 704.740 - 704.760 of the California Code of Civil Procedure, being before this Court, and pursuant to Section 704.770 of the California Code of Civil Procedure;

IT IS HEREBY ORDERED that you appear before the above-entitled Court on **April 14, 2020 at 9:30 a.m. in Courtroom 750, 7th floor** of this Court located at the **Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012**, then and there to show cause, if you have any, why an order for sale of your interest in the real property and dwelling at 8151 Canby Ave., Unit #6, Reseda, California 91335

[The legal description of the subject property is:

A CONDOMINIUM COMPRISED OF:
PARCEL 1:
(A) ALL THAT PORTION OF TRACT 30149, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 748 PAGES 37 AND 38 OF MAPS, IN THE OFFICE OF SAID COUNTY, SHOWN AND DEFINED AS UNIT NO. 167 ON THE CONDOMINIUM PLAN FOR LOTS 1 TO 3 INCLUSIVE OF TRACT 30149, RECORDED JANUARY 27, 1961 IN BOOK M-2108 PAGE 699, OF OFFICIAL RECORDS OF SAID COUNTY.
(B) AN UNDIVIDED 1/08 PERCENT INTEREST IN AND TO ALL THAT PORTION OF SAID TRACT 30149, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN, EXCEPTING THEREFROM EXCLUSIVE EASEMENTS FOR THE USE OF OPEN PARKING PURPOSES, OVER THOSE PORTIONS SHOWN AS PARCELS P-1 TO P-14 INCLUSIVE, ON SAID CONDOMINIUM PLAN.
PARCEL 2:
A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS OVER THOSE PORTIONS OF LOTS 1 AND 2 IN TRACT NO. 30148, IN THE CITY OF LOS ANGELES, AS PER MAP THEREOF RECORDED IN BOOK 737 PAGES 85 AND 86 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, INCLUDING WITHIN A STRIP OF LAND, 26.00 FEET IN WIDTH, LYING 13.00 FEET ON EACH SAID OF THE FOLLOWING DESCRIBED CENTER LINE BEGINNING AT THE INTERSECTION OF THE EASTERLY LINE OF LOT 1 IN SAID TRACT NO. 30148 WITH A LINE PARALLEL WITH AND DISTANT 13.00 FEET MEASURED AT RIGHT ANGLES SOUTHERLY FROM THE NORTHERLY LINE OF SAID LOT 1; THENCE 1ST, WESTERLY ALONG SAID PARALLEL LINE, A DISTANCE OF 105.00 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE SOUTHEASTERLY AND HAVING A RADIUS OF 78.00 FEET; THENCE 2ND, WESTERLY AND SOUTHWESTERLY ALONG SAID TANGENT CURVE TO AN INTERSECTION AND TERMINIUS WITH THAT CERTAIN CURVE IN THE NORTHEASTERLY BOUNDARY LINE OF CANBY AVENUE (PRIVATE STREET), 50.00 FEET WIDE, SHOWN ON SAID MAP OF TRACT NO. 30148 AS BEING CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 40.00 FEET.
THE NORTHERLY AND SOUTHERLY SIDELINES TO BE PROLONGED OR FORESHORTENED SO AS TO TERMINATE EASTERLY IN SAID EASTERLY LINE OF LOT 1 AND TO TERMINATE WESTERLY IN SAID NORTHEASTERLY BOUNDARY LINE OF CANBY AVENUE.
ALSO THOSE PORTIONS OF LOTS 1, 2 AND 3 IN SAID TRACT NO. 40148, LYING WITHIN THE LINES OF THE PRIVATE STREET (CANBY AVENUE) SHOWN ON SAID MAP OF TRACT NO. 30148; WHICH EASEMENT IS FOR THE BENEFIT OF SAID APPURTENANT TO ALL OF TRACT NO.30149.

The common address is

APN: 2102-026-067]

should not be issued as requested in the application PLATTE RIVER INSURANCE COMPANY, Judgment Creditor, in the above-entitled action, a copy of which is served herewith.

This Order, together with a copy of the above-mentioned application and a copy of the notice of the hearing, shall be served on you personally or by mail and a copy served on an occupant at the dwelling or posted at the dwelling in a conspicuous place at least thirty (30) days prior to the above-mentioned hearing date.

Dated: January 27, 2020

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE